UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHAUNA GALEA,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT INC.,<br><br>    Defendant. | Case No. 20-cv-10259<br>Honorable Laurie J. Michelson<br>Magistrate Judge David R. Grand |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's order dated February 25, 2020 Plaintiff's case is DISMISSED WITHOUT PREJUDICE. Dated at Detroit, Michigan, this 25th day of February, 2020.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                          By:    s/Erica Karhoff
                                                      DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: February 25, 2020